Illinois Bell Telephone Company, appellee, v. Carl E. Erickson, appellant. Gen. No. 35,793.

Heard in the third division of this court for the first district at the February term, 1932. Opinion filed December 21, 1932.

Eklund, Erickson & Bertram, for appellant. Cutting, Moore & Sidley, for appellee; James F. Oates, Jr., and Philip H. Schofield, of counsel.

Mr. Justice Hebel delivered the opinion of the court.